IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNEER MUSTAFA TAWAM, | : |
| | :  Civil Action No.  3:17-236 |
| Plaintiff | : |
| | : |
| vs. | : |
| | : |
| YOUR CHOICE FEDERAL CREDIT UNION, | : |
| | : |
| Defendant | : |

### ORDER

AND NOW, this 27th day of November, 2018, IT IS HEREBY ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the above captioned case is closed without prejudice for failure of Plaintiff to serve a summons and complaint upon Defendants within 90 days of filing of the Complaint.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE